EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2019 TSPR 232 |
| | 203 DPR _____ |
| Francis Vargas Leyro | |

Número del Caso:  AB-2018-287
                  (TS-6,640)


Fecha:  6 de diciembre de 2019


Oficina de Inspección de Notarías:

        Lcdo. Manuel E. Ávila de Jesús


Abogado del promovido:

        Por derecho propio


Materia:  La suspensión de la notaría será efectiva el 12 de diciembre de 2019, fecha en que se le notificó al abogado de su suspensión inmediata.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Francis Vargas Leyro          AB-2018-0287

(TS-6,640)


RESOLUCIÓN

En San Juan, Puerto Rico, a 6 diciembre de 2019.


Evaluado el Informe presentado por el Lcdo. Manuel E. Ávila De Jesús, Director de la Oficina de Inspección de Notarías (ODIN), del 31 de julio de 2019, se ordena la suspensión del ejercicio de la notaría al Lcdo. Francis Vargas Leyro por un periodo de tres (3) meses contados a partir de la notificación de esta Resolución.

Se refiere este asunto al Procurador General para investigación e informe.

Se ordena al Alguacil General de este Tribunal la incautación inmediata del sello y la obra notarial del licenciado Vargas Leyro, debiendo entregar los mismos al Director de la ODIN para el trámite pertinente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no intervino.



José Ignacio Campos Pérez
Secretario del Tribunal Supremo